AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) Daniel, Wiley Y | 2. Court or Organization U.S. District Court, Colorado | 3. Date of Report 04/21/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address United States District Court 901 19th St., A1038 Denver, Colorado 80294 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of Part-time faculties | University of Denver and Colorado Law Schools |
| 2. Director | The Bridge Project |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | Gorsuch, Kirgis former firm payments |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daniel, Wiley Y | 04/21/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | University of Colorado School of Law for Teaching | $ 7,000.00 |
| 2. 2005 | University of Denver College of Law for Teaching | $ 2,800.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | NONE |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Law Education Institue, Inc. | CLE Speaker, Snowmass, CO, 1/5-1/8/05 (Lodging) |
| 2. Judicial Conference Committee on Judicial Resources | Meeting in Washington, D.C. 2/10-2/12/05 (Transportation, Food & Lodging) |
| 3. American Bar Association | Site Inspection at University of Texas, Austin, TX 4/2-4/06/05 (Transportation, Food & Lodging) |
| 4. Federal Judges Association | FJA Board Meeting, Washington, D.C. 5/14-5/16/05 (Transportation, Food & Lodging) |
| 5. Judicial Conference Committee on Judicial Resources | Committee Meeting in Sarasota, FL 6/13-6/16/05 (Transportation, Food & Lodging) |

| Name of Person Reporting | Date of Report |
|---|---|
| Daniel, Wiley Y | 04/21/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. NONE | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Country Wide Mortgage | Mortgage for real property in Frisco, CO | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daniel, Wiley Y | 04/21/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Gorsuch, Kirgis former partner buy-out | D | Distribution | J | T | | | | | |
| 2. Frisco, CO real property | C | Rent | K | W | | | | | |
| 3. Charles Schwab & CO--See attached sheet for transactions | C | None | M | T | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | 111 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part IV. Reimubursements (Continued)

6. Judicial Conference Committee on Judicial Resources-----------------Statistics Subcommittee Meeting in Washington, D.C. 10/03-10/04/05 (Transportation, Food & Lodging)

7. Judicial Conference Committee on Judicial Resources------------------Committee Meeting in Avon, CO 12/12/-12/15/05 (Lodging, Food & Mileage)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ Date April 21, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Daniel, Wiley Y.
Financial Disclosure Report - Calendar year 2005
Prepared February 21, 2006

| Description of Assets | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amount Code | Type | Value Code | Value Method | Type | Date | Value Code | Gain Code | Private transaction |
| Charles Schwab IRA | | | | | | | | | |
| Mutual Fund Holdings: | | | | | | | | | |
| - Merger | A | Div/Cap Gn | J | T | | | | | |
| - Oakmark Select | A | Div/Cap Gn | K | T | | | | | |
| - American Century Real Estate | A | Dividend | N/A | T | Sale | 4/8/2005 | J | B | N/A |
| - RS Diversified Growth | None | N/A | J | T | Add'l buy | 4/8/2005 | J | | N/A |
| - Third Avenue Small Cap Value | A | Div/Cap Gn | J | T | | | | | |
| - TCW Galileo Select | None | N/A | J | T | | | | | |
| - Artisan International | A | Dividend | K | T | Add'l buy | 4/11/2005 | J | | N/A |
| - Oakmark International | A | Div/Cap Gn | J | T | | | | | |
| - Oppenheimer Developing Markets | A | Div/Cap Gn | J | T | | | | | |
| - Loomis Sayles Bond | C | Dividend | K | T | | | | | |
| - Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| - Berkshire Hathaway | None | N/A | J | T | | | | | |
| | | | | | | | | | |
| Charles Schwab joint brokerage account | | | | | | | | | |
| - Schwab Money Market Fund | A | Dividend | J | T | | | | | |